

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE INTEREST | § | No. 08-18-00117-CV |
| OF S.C.B., JR., | § | Appeal from the |
| A CHILD. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2016DCM6044) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the judgment awarding retroactive child support. We therefore reverse that part of the trial court's judgment and remand the cause to the trial court for further proceedings related to the retroactive child support issue. We further order that the remainder of the judgment of the court below is affirmed.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JULY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.